UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| American Honda Financial Corporation<br><br>Counter-Claimant,<br><br>v.<br><br>Faigy Tyberg, individually and on behalf of all others similarly situated<br>Counter-Defendant. | **Case #: 1:18-cv-03116-LDH-VMS** |

## STIPULATION OF DISMISSAL OF COUNTERCLAIM

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Counter-Claimant and Counter-Defendant, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this counterclaim is dismissed with prejudice as to Counter-Defendant Faigy Tyberg, and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 13, 2018

| For Counter-Claimant American Honda Financial Corporation | For Counter-Defendant Faigy Tyberg |
|---|---|
| /s/ Brian S. McGrath<br>Brian S. McGrath<br>**McGlinchey Stafford**<br>112 West 34th Street, Suite 1515<br>New York, NY 10120<br>bmcgrath@mcglinchey.com | /s/ Daniel Kohn<br>Daniel Kohn<br>**Stein Saks, PLLC**<br>285 Passaic Street<br>Hackensack, NJ 07601<br>dkohn@steinsakslegal.com |

So Ordered

So Ordered: s/ LDH

LaShann DeArcy Hall
United States District Judge

FILED: 12/13/18
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 17 2018 ★

BROOKLYN OFFICE