FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 17 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Faigy Tyberg, individually and on behalf of all others similarly situated

    Plaintiff,

v.

American Honda Financial Corporation
Experian Information Solutions, Inc.

    Defendants.

Case #: 1:18-cv-03116-LDH-VMS

**STIPULATION OF DISMISSAL AS TO AMERICAN HONDA FINANCIAL CORPORATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendant American Honda Financial Corporation, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice as to Defendant American Honda Financial Corporation, Inc., and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 13, 2018

| For Plaintiff Faigy Tyberg | For Defendant American Honda Financial Corporation |
|---|---|
| */s/ Daniel Kohn*<br>Daniel Kohn<br>**Stein Saks, PLLC**<br>285 Passaic Street<br>Hackensack, NJ 07601<br>dkohn@steinsakslegal.com | */s/ Brian S. McGrath*<br>Brian S. McGrath<br>**McGlinchey Stafford**<br>112 West 34th Street, Suite 1515<br>New York, NY 10120<br>bmcgrath@mcglinchey.com |

So Ordered

s/ LDH
So Ordered: _____
        LaShann DeArcy Hall
        United States District Judge

Dated: 12/13/18