

YAAKOV SAKS▲*
JUDAH STEIN ▲
RACHEL DRAKE▪
DANIEL KOHN ▲

▲ NJ & NY Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 28, 2019

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Via ECF**

     **Re:**    **Tyberg  v. American Honda Finance Corporation, et al.**
               **Case No. 1:18-cv-03116-LDH-VMS**

Your Honor,

     We represent the Plaintiff, Faigy Tyberg, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Experian Information Solutions, Inc. ("Defendant Experian").

     Per Your Honor's Initial Scheduling Order dated November 20, 2018, the Parties shall serve initial document request and interrogatories upon one another no later than January 31, 2019.

     Per Judge DeArcy Hall's Order dated December 11, 2018, Defendant Experian's fully briefed Motion to Dismiss was filed on January 18, 2019 (ECF #34).

     As such, we now write to respectfully request that Your Honor stay all discovery while Defendant's Motion to Dismiss is pending before Judge DeArcy Hall.

     Counsel respectfully submits its request in the interest of limiting fees and expenses pursuant to Fed. R. Civ. P. 1.

     We thank Your Honor and the Court for its kind considerations and courtesies.

               Respectfully,

                   /s/ *Daniel Kohn*
               Daniel Kohn, Esq.