UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faigy Tyberg, individually and on behalf of all others similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>American Honda Financial Corporation<br>Experian Information Solutions, Inc.<br><br>    Defendants. | **Case #: 1:18-cv-03116-LDH-VMS** |

**STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendant Experian Information Solutions, Inc, that any and all claims in this action are dismissed with prejudice as to Defendant Experian Information Solutions, Inc, and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 1, 2019

| For Plaintiff  Faigy Tyberg | For Defendant Experian Information Solutions, Inc |
|---|---|
| */s/ Dov Mittelman*<br>Dov Mittelman<br>**Stein Saks, PLLC**<br>285 Passaic Street<br>Hackensack, NJ 07601<br>mittelmandov@yahoo.com | */s/ Kerianne Tobitsch*<br>Kerianne Tobitsch<br>**Jones Day**<br>250 Vesey Street<br>New York, NY 10281<br>ktobitsch@jonesday.com |

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 03 2019  ★

BROOKLYN OFFICE

## CERTIFICATE OF SERVICE

I certify that on May 1, 2019, a copy of the foregoing was filed electronically in the ECF system.

Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

>   */s/ Dov Mittelman*
>   Dov Mittelman
>   **Stein Saks, PLLC**
>   285 Passaic Street
>   Hackensack, NJ 07601
>   *Attorneys for Plaintiff*

So Ordered

s/ LDH      5/2/19
LaShann DeArcy Hall
United States District Judge